IN THE UNITED STATES JUDICIAL DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Richard J. Gatt,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>Express Recovery Services ,<br><br>　　　　　　　　Defendant. | **REPORT AND RECOMMENDATION TO DISMISS**<br><br>Case No. 2:11-cv-00043<br><br>District Judge: Dale A. Kimball<br><br>Magistrate Judge: Paul M. Warner |

　　　　This case was referred to the magistrate judge to conduct an initial pretrial conference under DUCivR72-1.  Such a conference was scheduled for January 11,2012 at 11:00 a.m. and pro se Plaintiff did not appear.  The court therefore issued an order to show cause (docket #34) why the case should not be dismissed.  Mr. Gatt was specifically ordered to inform the Court of the status of the case and intentions to proceed.

　　　　Mr. Richard J. Gatt has not responded to the Order to Show Cause issued on 01/12/2012.

　　　　Based on the failure of Plaintiff to appear at hearings or participate in developing a schedule in the case, and failure to respond to the order to show cause:

### RECOMMENDATION

　　　　IT IS RECOMMENDED THAT the case be dismissed without prejudice.

### NOTICE TO PARTIES

　　　　Within 14 days after being served with a copy of this recommended disposition, a party may serve and file specific, written objections.[1]  A party may respond to another party's objections within 14 days after being served with a copy thereof.  The rules provide that the

---

[1] See 28 U.S.C. § 636(b)(1)(B).

district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made in accordance with this rule.  The district judge may accept, reject or modify the recommended decision, receive further evidence, or re-commit the matter to the magistrate judge with instructions.  Failure to file objections may constitute a waiver of those objections on subsequent appellate review.

      Dated this 13th day of February, 2012.

                              BY THE COURT

                              _____
                              David Nuffer
                              U.S. Magistrate Judge